# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., | Case No.: CV 19-401-GW-FFMx |
| | <u>*Hon. George H. Wu Presiding*</u> |
| Plaintiff, | |
| | **JUDGMENT** |
| vs. | |
| | |
| IBERIA FASHION LLC; et al., | |
| | |
| Defendants. | |

# JUDGMENT

**JUDGMENT IS ENTERED AS FOLLOWS:**

1. Judgment is entered against Defendant Dillard's, Inc., and in favor of Plaintiff Unicolors, Inc., in the amount of two thousand dollars and zero cents ($2,000.00) plus costs incurred including attorneys' fees, in an amount to be determined;

2. Dillard's, Inc. shall be enjoined from making any further sales of product bearing the Subject Design; and

3. Dillard's, Inc. shall pay this judgment within thirty (30) days of its entry.

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: April 30, 2019        By: *George H. Wu*
                             HONORABLE GEORGE H. WU
                             UNITED STATES DISTRICT JUDGE