Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IBERIA FASHION, LLC, *et al.*, <br><br> Defendants. | Case No.: 2:19-cv-00401-GW-FFM <br> *Hon. George H. Wu Presiding* <br><br> **NOTICE OF LODGING OF [PROPOSED] JUDGMENT RE APPLICATION FOR DEFAULT JUDGMENT AGAINST CALESSA SPORTSWEAR INTERNATIONAL, LLC** |

1

NOTICE OF LODGING OF [PROPOSED] JUDGMENT

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby submits a Notice of Lodging re [Proposed] Default Judgment on its Application for Default Judgment against Calessa Sportswear International, LLC, filed with United States District Court on October 7, 2019, see Dkt. # 64.

Respectfully submitted,

Dated: November 4, 2019   By:   /s/ *Trevor W. Barrett*
Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff