# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IBERIA FASHION, LLC, *et al.*,<br><br>Defendants. | Case No.: CV 19-401-GW-FFMx<br>*Hon. George H. Wu Presiding*<br><br>**JUDGMENT ON APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST CALESSA SPORTSWEAR INTERNATIONAL, LLC** |

# JUDGMENT

For good cause appearing, a judgment is GRANTED and ENTERED in favor of Unicolors, Inc. and against Calessa Sportswear International, LLC, a New York limited liability company ("Calessa"), as follows:

1. Statutory damages in the amount of $15,000.00;
2. Attorneys' fees in the amount of $1,500.00; and
3. Costs in the amount of $436.75.

The total Judgment entered against Calessa is $16,936.75, along with interest in the amount prescribed by statute.

SO ORDERED.

Dated: November 8, 2019   By: _____
Honorable George H. Wu
United States District Judge