JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IBERIA FASHION, LLC, *et al.*, <br><br> Defendants. | Case No.: CV 19-401-GW-FFMx <br> <u>Hon. George H. Wu Presiding</u> <br><br> **JUDGMENT ON APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST EMBEE DISTRIBUTION INC.** |

# JUDGMENT

For good cause appearing, a judgment is GRANTED and ENTERED in favor of Unicolors, Inc. and against Embee Distribution Inc., a New York Corporation, individually and d/b/a "Jembro Stores" (collectively "Embee"), as follows:

1. Statutory damages in the amount of $15,000.00;
2. Attorneys' fees in the amount of $1,500.00;
3. Costs in the amount of $200.00.

The total Judgment entered against Embee is $16,700.00, along with interest in the amount prescribed by statute.

SO ORDERED.

Dated: November 8, 2019     By: _____
                                Honorable George H. Wu
                                United States District Judge